UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JACOB M. GLOVER,

    Plaintiff,

v.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT
OF GEORGIA, *et al.*,

    Defendants.

Case: 1:16-cv-02278
Assigned To : Unassigned
Assign. Date : 11/16/2016
Description: Pro Se Gen. Civil (F Deck)

### MEMORANDUM OPINION

This matter comes before the Court upon review of plaintiff's application for leave to proceed *in forma pauperis* and his *pro se* complaint. The instant complaint is substantially similar to that filed in a recent lawsuit in the United States District Court for the Southern District of Georgia. *See Glover v. U.S. District Court for the Southern District of Georgia*, No. 1:16cv0185 (S.D. Ga. filed Oct. 25, 2016). "Considerations of comity and orderly administration of justice dictate that two courts of equal authority should not hear the same case simultaneously." *Washington Metro. Area Transit Auth. v. Ragonese,* 617 F.2d 828, 830 (D.C. Cir. 1980) (citation omitted). Accordingly, the Court will dismiss the complaint as duplicative. An Order is issued separately.

DATE: 11/9/16

/s/ Randolph D. Moss
United States District Judge